**2014–1940. Linert v. Foutz.**
Mahoning App. No. 11 MA 189, 2014-Ohio-4431. Reported at __ Ohio St.3d __, 2016-Ohio-8445, __ N.E.3d __. On motion for reconsideration. Motion denied.

O'NEILL, J., dissents.

**2016–1073. Ellison v. Hillsboro.**
Highland App. No. 15CA17, 2016-Ohio-1556. Reported at 147 Ohio St.3d 1474, 2016-Ohio-8438, 65 N.E.3d 777. On motion for reconsideration. Motion denied.

O'DONNELL and KENNEDY, JJ., dissent.

**2016–1174. State v. Hackney.**
Hamilton App. No. C–150375, 2016-Ohio-4609. Reported at 147 Ohio St.3d 1475, 2016-Ohio-8438, 65 N.E.3d 778. On motion for reconsideration. Motion denied.

O'NEILL, J., dissents.

FISCHER, J., not participating.

*February 23, 2017*

2017-Ohio-644.]

**2011–1921. State v. Sowell.**
Cuyahoga C.P. No. CR–09–530885. This cause came on for further consideration upon the filing of appellant's motion for appointment of counsel. It is ordered by the court that the motion is granted and Daniel P. Jones is appointed to represent appellant for the purpose of filing an application to reopen his direct appeal pursuant to S.Ct.Prac.R. 11.06.

**2016–0317. State v. Anderson.**
Montgomery App. No. 26525, 2016-Ohio-135. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County.

Upon consideration of the motion of amicus curiae Ohio Attorney General Michael DeWine to participate in oral argument scheduled for Tuesday, February 28, 2017, it is ordered by the court that the motion is granted. Amicus curiae Ohio Attorney General Michael DeWine is permitted five minutes of oral-argument time and shall argue after the completion of appellee's 15 minutes of oral-argument time.

It is further ordered that appellant is allotted 20 total minutes of oral-argument time.

**2017–0100. State v. Dye.**
Cuyahoga App. No. 103907, 2016-Ohio-8044. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motion for admission pro hac vice of Allen Bloom, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.